# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form16instructions.pdf](http://www.ca9.uscourts.gov/forms/form16instructions.pdf)

**9th Cir. Case Number(s)** | 26-1575

**Case Name** | REACH COMMUNITY DEVELOPMENT v. DHS

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

Vacate the administrative stay entered by the motions panel on March 25, 2026.

Relief is needed no later than *(date)*: 10AM on March 28, 2026

The following will happen if relief is not granted within the requested time:

Plaintiffs face the imminent threat of exposure to chemical munitions in their homes when there is a planned protest on March 28, 2026. Similar protests have resulted in large crowds outside the Portland ICE facility, leading DHS to deploy chemical munitions that have severely injured Plaintiffs, as explained in Plaintiffs' emergency motion.

I could not have filed this motion earlier because:

The motions panel granted an administrative stay yesterday, March 25, 2026. Plaintiffs promptly began drafting their emergency motion and are filing within 24 hours of the panel's order.

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

**Form 16** | *1* | *Rev. 11/21/2019*

I requested this relief in the district court or other lower court:  ○ Yes   ⦿ No

If not, why not:

> A motions panel of this Court entered the administrative stay.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes   ○ No

If not, why not:



I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: March 26, 2026

By *(method)*: Email

Position of other parties: Defendants-Appellants oppose this motion.

Name and best contact information for each counsel/party notified:

> Brenna Scully, Brenna.Scully@usdoj.gov
> August Flentje, August.Flentje@usdoj.gov
> Mark. Freeman, Mark.Freeman2@usdoj.gov

I declare under penalty of perjury that the foregoing is true.

**Signature** | /s/ Stephen K. Wirth    **Date** 3/26/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*