UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT; et al., <br><br> Plaintiffs - Appellees, <br><br> and <br><br> SHAE ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al., <br><br> Defendants - Appellants. | No. 26-1575 <br><br> D.C. No. 3:25-cv-02257-AB District of Oregon, Portland <br><br> ORDER |

Before: LEE, DE ALBA, and TUNG, Circuit Judges.

Judge Lee and Judge Tung voted to deny the emergency motion for reconsideration and reconsideration en banc. Judge de Alba voted to grant the emergency motion for reconsideration and reconsideration en banc.

The full court was advised of the emergency motion for reconsideration en banc, and no judge requested a vote on whether to reconsider the matter en banc. The emergency motion for reconsideration and reconsideration en banc (Docket Entry No. 14) is **DENIED.**