UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT; et al., <br><br> Plaintiffs - Appellees, <br><br> SHAE ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al., <br><br> Defendants - Appellants. | No. 26-1575 <br><br> D.C. No. 3:25-cv-02257-AB District of Oregon, Portland <br><br> ORDER |

Before: LEE, DE ALBA, and TUNG, Circuit Judges.

The motion for leave to file a brief as amicus curiae and motion to proceed under pseudonym and to seal personal identifying information, Dkts. No. 25, 26, and 27, are **DENIED.**