UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT; et al., | No. 26-1575 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-02257-AB District of Oregon, Portland |
| SHAE ANDERSON, | ORDER |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al., | |
| Defendants - Appellants. | |

Before: LEE, DE ALBA, and TUNG, Circuit Judges.

Plaintiffs filed a motion for panel reconsideration or reconsideration en banc (Dkt. 40). The full court was advised of the motion, and no judge requested a vote on whether to reconsider the matter en banc. Fed. R. App. P. 40. Judge Lee and Judge Tung have voted to deny the motion, and Judge de Alba has voted to grant it. The motion is therefore DENIED.